UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jessica Dixon,
      Plaintiff

      v.                                    Civil No. 12-cv-5-SM

The Prudential Insurance
Company of America, and
Northeast Utilities Service Co.,
      Defendants

**ORDER OF RECUSAL**

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in Prudential Financial Incorporated, recusal is mandatory.  See, 28 U.S.C. § 455(b)(4).


**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

March 13, 2012

cc:   Mark T. Broth, Esq.
      Byrne J. Decker, Esq.
      David S. V. Shirley, Esq.